COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:      Teran Harrison Gonzalez v. The State of Texas

Appellate case number:   01-12-00082-CR

Trial court case number:  10-01697-CRF-272

Trial court:               272nd District Court of Brazos County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous and a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

The motion to withdraw as counsel is **ordered taken with the case**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                ☒ Acting individually    ☐ Acting for the Court

Date: June 14, 2012